Rowena Santos CSB 210185
rsantos@thompsoncoburn.com
THOMPSON COBURN LLP
2029 Century Park East, 19th Floor
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

Kathy A. Wisniewski (admitted *pro hac vice*)
kwisniewski@thompsoncoburn.com
Sharon B. Rosenberg (admitted *pro hac vice*)
srosenberg@thompsoncoburn.com
Stephen A. D'Aunoy (admitted *pro hac vice*)
sdaunoy@thompsoncoburn.com
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, Missouri 63101
Tel: 314.552.6000 / Fax: 314.552.7000

*Attorneys for Defendant FCA US LLC*

FILED
CLERK, U.S. DISTRICT COURT
DEC 27, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JEFF LOOPER, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>FCA US LLC, f/k/a CHRYSLER GROUP LLC, *et al.*,<br><br>    Defendants. | Case No. 5:14-cv-00700-VAP-DTB<br><br>**[PROPOSED] ORDER RE NOTICE OF SETTLEMENT AND JOINT STIPULATION ON SCHEDULE FOR SEEKING PRELIMINARY APPROVAL** |

[PROPOSED] ORDER RE NOTICE OF SETTLEMENT AND JOINT STIPULATION
ON SCHEDULE FOR SEEKING PRELIMINARY APPROVAL

Based upon the Notice of Settlement And Joint Stipulation on Schedule For Seeking Preliminary Approval ("Stipulation") submitted by the parties, Plaintiffs, Jeffrey Looper, Michael Bright, and Scott Johnson ("Plaintiffs") and Defendant FCA US LLC ("FCA US"), and good cause having been shown therefor, IT IS HEREBY ORDERED as follows:

The relief requested in the Stipulation is hereby granted. All deadlines in the above entitled action are stayed, and Plaintiffs shall have until February 3, 2017 within which to file a motion for preliminary approval.

Dated:  December 22, 2016

_____
Hon. Virginia A Phillips
United States District Court Judge

[PROPOSED] ORDER RE NOTICE OF SETTLEMENT AND JOINT STIPULATION ON SCHEDULE FOR SEEKING PRELIMINARY APPROVAL