

FILED
CLERK, U.S. DISTRICT COURT
FEB 3, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JEFF LOOPER, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>FCA US LLC, f/k/a CHRYSLER GROUP LLC, *et al.*,<br><br>            Defendants. | Case No. 5:14-cv-00700-VAP-DTB<br><br>**[PROPOSED] ORDER EXTENDING THE DEADLINE FOR FILING A MOTION FOR PRELIMINARY APPROVAL** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Having reviewed the parties' Stipulation, and good cause appearing therefor, the
2  Court now orders as follows:
3  The relief requested in the Stipulation is hereby granted.  Plaintiffs shall have until
4  February 10, 2017, within which to file a motion for preliminary approval.
5  IT IS SO ORDERED.

Dated:  February 2, 2017

HON. VIRGINIA A. PHILLIPS
Chief United States District Judge

---

1

[PROPOSED] ORDER EXTENDING PRELIMINARY APPROVAL DEADLINE
CASE NO. 5:14-CV-00700-VAP-DTB