FILED
CLERK, U.S. DISTRICT COURT

FEB 14, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_BH\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JEFF LOOPER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, f/k/a CHRYSLER GROUP LLC, *et al.*,<br><br>Defendants. | Case No. 5:14-cv-00700-VAP-DTB<br><br>**[PROPOSED] ORDER EXTENDING THE DEADLINE FOR FILING A MOTION FOR PRELIMINARY APPROVAL** |

1  Having reviewed the parties' Stipulation, and good cause appearing therefor, the
2  Court now orders as follows:
3  The relief requested in the Stipulation is hereby granted.  Plaintiffs shall have until
4  February 17, 2017, within which to file a motion for preliminary approval.
5  IT IS SO ORDERED.

Dated: February 14, 2017

_____
HON. VIRGINIA A. PHILLIPS
Chief United States District Judge