1  Eric H. Gibbs (SBN 178658)
   Dylan Hughes (SBN 209113)
2  David Stein (SBN 257465)
   **GIBBS LAW GROUP LLP**
3  505 14th Street, Suite 1110
   Oakland, California 94612
4  Telephone: (510) 350-9700
   Fax:  (510) 350-9701
5  ehg@classlawgroup.com
   dsh@classlawgroup.com
6  ds@classlawgroup.com

7  Stuart A. Davidson (*pro hac vice*)
   Mark Dearman (*pro hac vice*)
8  Elizabeth A. Shonson (*pro hac vice*)
   **ROBBINS GELLER RUDMAN & DOWD LLP**
9  120 East Palmetto Park Road, Suite 500
10 Boca Raton, Florida  33432
   Telephone:  561/750-3000
11 Fax:  561/750-3364
   sdavidson@rgrdlaw.com
12 mdearman@rgrdlaw.com
   eshonson@rgrdlaw.com
13

14 *Attorneys for Plaintiffs*

15 [Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SHAUN SATER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, f/k/a CHRYSLER GROUP LLC, *et al.*,<br><br>Defendants. | Case No. 5:14-cv-00700-VAP-DTB<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Date: March 20, 2017<br>Time: 2:00 p.m.<br>Judge: Hon. Virginia A. Phillips<br>Courtroom: 8A |

**PLEASE TAKE NOTICE** that on March 20, 2017, at 2:00 p.m., or as soon thereafter as this matter may be heard, before the Honorable Virginia A. Phillips, in the First Street Courthouse, Courtroom 8A, 8th Floor, 350 West 1st Street, Los Angeles, California, 90012, Plaintiffs will and hereby do move for an order granting preliminary approval of the parties' proposed class settlement, certifying the proposed settlement class, directing dissemination of the proposed class notice, and setting a fairness hearing to determine whether the settlement should be granted final approval.

Plaintiffs' Motion is based on this Notice of Motion and Motion; the accompanying Memorandum in Support; Declaration of Eric H. Gibbs and attachments (including the Settlement Agreement); and all other papers filed and proceedings had in this action. This motion is made following the conferences of counsel pursuant to L.R. 7-3, of which there have been several, including on October 25, 2016, and more recently.

DATED: February 17, 2017              Respectfully submitted,

**GIBBS LAW GROUP LLP**

By:    /s/ Eric H. Gibbs

Eric H. Gibbs
Dylan Hughes
David Stein
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile:  (510) 350-9701
Email:  ehg@classlawgroup.com
        dsh@classlawgroup.com
        ds@classlawgroup.com

1
NOTICE OF MOTION FOR PRELIMINARY SETTLEMENT APPROVAL
CASE NO. 5:14-CV-00700-VAP-DTB

| | |
|---|---|
| 1 | Stuart A. Davidson |
| 2 | Mark Dearman |
| | Elizabeth A. Shonson |
| 3 | **ROBBINS GELLER RUDMAN &** |
| 4 | **DOWD LLP** |
| | 120 East Palmetto Park Road, Suite 500 |
| 5 | Boca Raton, Florida  33432 |
| 6 | Telephone:  561/750-3000 |
| | Facsimile:  561/750-3364 |
| 7 | Email:  sdavidson@rgrdlaw.com |
| 8 | mdearman@rgrdlaw.com |
| | eshonson@rgrdlaw.com |
| 9 | |
| 10 | *Proposed Class Counsel* |