Eric H. Gibbs (SBN 178658)
Dylan Hughes (SBN 209113)
David Stein (SBN 257465)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Fax:  (510) 350-9701
ehg@classlawgroup.com
dsh@classlawgroup.com
ds@classlawgroup.com

Stuart A. Davidson (*pro hac vice*)
Mark Dearman (*pro hac vice*)
Elizabeth A. Shonson (*pro hac vice*)
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida  33432
Telephone:  561/750-3000
Fax:  561/750-3364
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
eshonson@rgrdlaw.com

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JEFF LOOPER, *et al.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>FCA US LLC, f/k/a CHRYSLER GROUP LLC, *et al.*,<br><br>              Defendants. | Case No. 5:14-cv-00700-VAP-DTB<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEY FEES, COSTS, AND SERVICE AWARDS**<br><br>Date: August 14, 2017<br>Time: 2:00 p.m.<br>Judge: Hon. Virginia A. Phillips<br>Courtroom: 8A |

**PLEASE TAKE NOTICE** that on August 14, 2017, at 2:00 p.m., or as soon thereafter as this matter may be heard, before the Honorable Virginia A. Phillips, in the First Street Courthouse, Courtroom 8A, 8th Floor, 350 West 1st Street, Los Angeles, California, 90012, Plaintiffs Michael Bright and Jeff Looper will and hereby do move for an order awarding Plaintiffs' $1,790,000 in attorney fees and costs pursuant to Federal Rule of Civil Procedure 23(h), and approving an award of $5,000 each to Plaintiff Bright and Plaintiff Looper.  Plaintiffs' motion is based on this Notice of Motion and Motion; the accompanying Memorandum in Support; the supporting joint declaration of Mark Dearman and Eric H. Gibbs and individual declarations of Kelly Kratz, Mark Dearman, Eric H. Gibbs, Robert G. Loewy, Steven L. Marchbanks, and Gregory F. Coleman; the Proposed Final Order and Judgment; and all other papers filed and proceedings had in this action.

Local Rule 7-3 does not apply to this motion because, although the parties agreed to the terms of the settlement and agree that final settlement approval should be granted, the Court is required to conduct an independent review pursuant to Rule 23(h).

DATED: June 26, 2017                  Respectfully submitted,

**GIBBS LAW GROUP LLP**

By:   /s/ Eric H. Gibbs

Eric H. Gibbs
Dylan Hughes
David Stein
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile:  (510) 350-9701
Email:  ehg@classlawgroup.com

| | |
|---|---|
| 1 | dsh@classlawgroup.com |
| 2 | ds@classlawgroup.com |

Stuart A. Davidson
Mark Dearman
Elizabeth A. Shonson
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida  33432
Telephone:  561/750-3000
Facsimile:  561/750-3364
Email:  sdavidson@rgrdlaw.com
           mdearman@rgrdlaw.com
           eshonson@rgrdlaw.com

*Attorneys for Plaintiffs and the Class*